| | |
|---|---|
| 1 | DEBRA WONG YANG |
| | United States Attorney |
| 2 | LEON W. WEIDMAN |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | KATHRYN M. RTICHIE  (CSB #86698) |
| 4 | Assistant United States Attorney |
| 5 | Federal Building  Suite 7516 |
| | 300 North Los Angeles  Street |
| 6 | Los Angeles, California |
| | Tel. 213 894-0805 |
| 7 | FAX:  213 894-7819 |
| | Email:  Kathryn.Ritchie@usdoj.gov |
| 8 | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| OFELIA MARQUEZ, | ) | No. CV 04-10491 Mc |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE |
| | ) | |
| v. | ) | |
| | ) | |
| JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation to Extend Briefing Schedule, and for cause shown, IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including September 30, 2005, to forward a revised Joint Stipulation incorporating Defendant's portions of that document to Plaintiff, pursuant to numbered paragraph IX.B of the  January 13, 2005 Case Management Order ("Order"); and that all other scheduling dates set forth in the Order are extended accordingly.

Dated: ___8/29/05_____

_____/S/_James W. McMahon_____
UNITED STATES MAGISTRATE JUDGE